EVIDENT CORPORATION,
Plaintiff/Counterclaim
Defendant–Appellant,

and

Peroxydent Group, Counterclaim
Defendant–Appellant,

v.

CHURCH & DWIGHT CO., INC.,
Defendant/Counterclaimant–
Appellee,

and

Colgate–Palmolive Co., Inc., De-
fendant/Counterclaimant–
Appellee.

Nos. 03–1043, 03–1195.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 9, 2003.

Before LOURIE, Circuit Judge,
PLAGER, Senior Circuit Judge, and
PROST, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

GEUM POONG CORPORATION and
Sam Young Synthetics Co., Ltd.,
Plaintiffs–Appellees,

and

Stein Fibers, Ltd., Appellee,

and

Samyang Corporation (now known as
Huvis Corporation), Appellee,

v.

UNITED STATES, Defendant–
Cross Appellant,

v.

E.I. DuPont de Nemours, Inc., Arteva
Specialities S.a.r.l. (doing business as
KoSa), and Wellman Inc., Defendants–
Appellants.

Nos. 03–1056, 03–1057.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 9, 2003.

Before LOURIE, Circuit Judge,
PLAGER, Senior Circuit Judge, and
PROST, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.